**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


MONTE HAUSER,

               Plaintiff,                          Case No. 05-70513

v.                                         District Judge
                                            Arthur J. Tarnow

FORD MOTOR COMPANY,

               Defendants.

_____/

**ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR SUMMARY**
**JUDGMENT [DE 37]**

       Before the Court is Defendant's renewed motion for summary judgment [DE  37] on which the Court heard oral argument November 6, 2007.  For the reasons stated on the record at the motion hearing,

       IT IS HEREBY ORDERED that Defendant's renewed motion for summary judgment is GRANTED.

       SO ORDERED.



                         S/ARTHUR J. TARNOW_____
                         Arthur J. Tarnow
                         United States District Judge

Dated:  November 7, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2007, by electronic and/or ordinary mail.

                         S/THERESA E. TAYLOR_____
                         Case Manager