**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MONTE HAUSER,

       Plaintiff,                    Case No. 05-70513

v.                                        District Judge
                                              Arthur J. Tarnow

FORD MOTOR COMPANY,

       Defendants.
_____/

**JUDGMENT**

    In accordance with the Order entered on this day, November 6, 2007,

    IT IS ORDERED AND ADJUDGED that this case shall be DISMISSED.

    Dated at Detroit, Michigan, this seventh day of November, 2007.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                BY:   S/Theresa E. Taylor
                                                                   Deputy Clerk

Approved:


S/ARTHUR J. TARNOW
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was served upon counsel of record on November 7, 2007, by electronic and/or ordinary mail by Theresa E. Taylor Case Manager to Judge Arthur J. Tarnow